# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VALASSIS COMMUNICATIONS, INC.,
        Plaintiff(s),

CASE NUMBER: 06-10240

HONORABLE SEAN F. COX

v.

NEWS AMERICA INCORPORATED, et al.,
        Defendant(s).
                              /

## ORDER RE: DISQUALIFICATION OF JUDGE

On February 24, 2009, the Court held a hearing on the record with the parties, at which was discussed the Court's possible recusal from this case. At the hearing, counsel for Defendant requested the Court's recusal. Counsel for Plaintiff indicated that it believed that further information was necessary before taking a position on the question of recusal.

The Court has carefully considered all the circumstances of this case and now acts with an abundance of caution.

Accordingly, pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with **L.R. 83.11(d)**, this case be reassigned by blind draw to another judge of this court.

        S/ Sean F. Cox
        SEAN F. COX
        UNITED STATES DISTRICT JUDGE

In compliance with this order, this case is reassigned to Judge <u>Arthur J. Tarnow</u> and the new case number *(if applicable)* is _____. One card will be added for *Judge Sean F. Cox* in the **CIVIL** case assignment deck.

Date: **2/24/09**

s/Andrea Teets
Deputy Clerk

cc: Counsel of Record
    Receiving Judge
    Receiving Court (if applicable)