**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VALASSIS COMMUNICATIONS, INC.,

        Plaintiff,

v.                                       Case No. 06-10240

NEWS AMERICA INC., a/k/a NEWS AMERICA       District J. Arthur J. Tarnow
MARKETING GROUP; NEWS AMERICA
MARKETING FSI, INC., a/k/a NEWS AMERICA    Magistrate J. Paul K. Komives
MARKETING FSI, LLC; and NEWS AMERICA
MARKETING IN-STORE SERVICES, INC., a/k/a
NEWS AMERICA MARKETING IN-STORE
SERVICES, LLC,

        Defendants.

_____/

**ORDER DENYING MOTIONS [224, 234, 238] WITHOUT PREJUDICE**

      Before the court are defendants' motion for leave to file a Daubert motion as to Dr.

Bamberger, defendants' motion to exclude Dr. Bamberger's testimony, and plaintiff's motion to

exclude Dr. Topel's testimony.

      As a trial date has not yet been set, motions concerning the exclusion of testimony at trial

are premature.  The motions are DENIED WITHOUT PREJUDICE to re-filing when a trial is

set.

      SO ORDERED.

                           S/ARTHUR J. TARNOW_____
                           Arthur J. Tarnow
                           United States District Judge

Dated:  August 13, 2009

06-10240

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 13, 2009, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager