UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALASSIS COMMUNICATIONS, INC.,

      Plaintiff,

v.                                                                                  Case No. 06-10240

NEWS AMERICA INC., a/k/a NEWS AMERICA              District J. Arthur J. Tarnow
MARKETING GROUP; NEWS AMERICA
MARKETING FSI, INC., a/k/a NEWS AMERICA
MARKETING FSI, LLC; and NEWS AMERICA
MARKETING IN-STORE SERVICES, INC., a/k/a
NEWS AMERICA MARKETING IN-STORE
SERVICES, LLC,

      Defendants.
_____/

**ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT [129, 133]**

      Before the court are defendants' motion for summary judgment and plaintiff's motion for partial summary judgment. The court received supplemental briefing The motions came on for a hearing on September 3, 2009.

      For the reasons stated on the record, the motions are DENIED. The state-court trial before Judge Sapala does not have issue-preclusive effect on the proceedings before this court.

      Accordingly, there are genuine issues of material fact for a jury to consider. The following are some of the factual issues that remain:

1. Whether the free-standing–insert (FSI) and in-store–promotions (ISP) markets are relevant markets for antitrust purposes

2. Whether News America has a monopoly over the ISP market

3. Whether News America coerced manufacturers of consumer packaged goods (CPGs) to buy FSIs from News America

4. Whether there is a dangerous probability of success that News America will monopolize

      the putative FSI market

5.      Whether the bundled discounts were anticompetitive


      SO ORDERED.

                            S/ARTHUR J. TARNOW
                            Arthur J. Tarnow
                            United States District Judge

Dated:  September 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2009, by electronic and/or ordinary mail.

                            S/THERESA E. TAYLOR
                            Case Manager