UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


VALASSIS COMMUNICATIONS, INC.,

    Plaintiff,

    v.

NEWS AMERICA MARKETING, et al.,

    Defendants.
_____/

CASE NO.  2:06-CV-10240
JUDGE ARTHUR J. TARNOW
MAGISTRATE JUDGE PAUL J. KOMIVES


ORDER DENYING DEFENDANTS' MOTION
FOR ORDER TO SHOW CAUSE (docket #461)

This matter is before the Court on defendant's motion for an order to show cause.  For the reasons stated on the record at the hearing held on the motion on this date, it is ORDERED that defendants' motion is hereby DENIED.  The attention of the parties is drawn to FED. R. CIV. P. 72(a), which provides a period of fourteen days from the date of this Order within which to file any objections for consideration by the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

    IT IS SO ORDERED.


Dated: November 19, 2014        s/Paul J. Komives
                                            PAUL J. KOMIVES
                                            UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 25, 2014, electronically and/or by U.S. mail.

                                            s/Michael Williams
                                            Case Manager for the
                                            Honorable Paul J. Komives